UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                          PROCEEDING UNDER CHAPTER 13
Margarita Pinzon                                        CASE NO.: 17-24107-BKC-LMI
_____Debtor/

OBJECTION TO CLAIM
IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Basis for Objection and Recommended Disposition |
|---|---|---|
| 10-1 | Federal National Mortgage | This account is being paid outside the plan; therefore, this claim should be ALLOWED and NOT ENTITLED TO DISTRIBUTION FROM THE CHAPTER 13 TRUSTEE. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the Court when the objection and notice of hearing are served.

DATED:  4/12/2018

Respectfully Submitted,


By:    /s/ (FILED ECF)
Ashley C. Fuxa, Esq.
The Law Offices of Patrick L. Cordero, P.A.
Attorney for Debtor
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855